COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY JACOBS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No. C-07-0302 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** AND ORDER<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Roy Jacobs and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") stipulate and agree as follows to extend the time to respond to the complaint on file in this action ("Complaint").

1. On January 17, 2007, Plaintiff filed the Complaint, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and under state antitrust and consumer protection laws. Plaintiff has styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 23 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1024665 v1/SF                    1.                    STIPULATION EXTENDING TIME
                                                       TO RESPOND TO COMPLAINT
                                                       C-07-0302 MJJ

3. On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint. On January 16, 2007, AMD and Nvidia filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division.

4. On December 14, 2006, pursuant to Local Rule 3-12, the plaintiff in another action (*Juskiewicz v. Nvidia Corp., et al.*, Case No. C-06-7553) filed an "Administrative Motion To Consider Whether Cases Should Be Related" to relate that action to a similar action (*Truong v. Nvidia Corp., et al.,* Case No. C-06-7417) filed in this district against Nvidia and AMD. That motion was granted on January 23, 2007.

5. In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties agree to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

Dated: January 25, 2007

COOLEY GODWARD KRONISH LLP

By: /s/ James Donato
James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1024665 v1/SF

2.

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-07-0302 MJJ**

1  Dated: January 25, 2007                     Dated: January 25, 2007

2  LATHAM & WATKINS LLP                        HULETT HARPER STEWART LLP

3
   By:   /s/ Charles H. Samel                  By:   /s/ Randall R. Sjoblom
4         Charles H. Samel (182019)                  Randall R. Sjoblom (229574)

5  Attorneys for Defendants                    Attorneys for Plaintiff
   ATI TECHNOLOGIES, INC. and                  ROY JACOBS
6  ADVANCED MICRO DEVICES, INC.

**GRANTED**

Judge Martin J. Jenkins

2/5/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1024665 v1/SF                        3.

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-07-0302 MJJ**

1  FILER'S ATTESTATION:

2  Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: January 25, 2007

By: /s/ James Donato
James Donato

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1024665 v1/SF      4.      **STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
C-07-0302 MJJ**